OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

11/10/2015

**AKIN, WILLIAM JAMES**   **Tr.Ct.No. CR-13-24795**        **PD-1386-15**

On this day, the State's Response to the appellant's petition for discretionary review has been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]



Abel Acosta, Clerk

6TH COURT OF APPEALS  CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX 75501-5666
* DELIVERED VIA E-MAIL *